IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Nash, Maggieal

Printed: 01/06/09

Case Number: 08 B 20976
Judge: Hollis, Pamela S
Filed: 8/11/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: November 24, 2008
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 1,800.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,681.20 |
| Trustee Fee: |  | 118.80 |
| Other Funds: |  | 0.00 |
| Totals: | 1,800.00 | 1,800.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 3,491.50 | 1,681.20 |
| 2. | CitiMortgage Inc | Secured | 0.00 | 0.00 |
| 3. | Tidewater Credit Services | Secured | 0.00 | 0.00 |
| 4. | CitiMortgage Inc | Secured | 15,189.63 | 0.00 |
| 5. | Premier Bankcard | Unsecured | 54.94 | 0.00 |
| 6. | Commonwealth Edison | Unsecured | 76.96 | 0.00 |
| 7. | ECast Settlement Corp | Unsecured | 34.76 | 0.00 |
| 8. | Jefferson Capital Systems LLC | Unsecured | 91.91 | 0.00 |
| 9. | Chicago Municipal Employees CU | Unsecured | 398.99 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 123.85 | 0.00 |
| 11. | RoundUp Funding LLC | Unsecured | 42.08 | 0.00 |
| 12. | Resurgent Capital Services | Unsecured | 1,104.52 | 0.00 |
| 13. | Internal Revenue Service | Priority |  | No Claim Filed |
| 14. | World Financial Network Nat'l | Unsecured |  | No Claim Filed |
| 15. | H&F Law | Unsecured |  | No Claim Filed |
| 16. | Loyola Medical Center | Unsecured |  | No Claim Filed |
| 17. | Internal Revenue Service | Unsecured |  | No Claim Filed |
|  |  |  | $ 20,609.14 | $ 1,681.20 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.6% | 118.80 |
|  | $ 118.80 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Nash, Maggieal | Case Number:  08 B 20976 |
| | Judge:  Hollis, Pamela S |
| Printed: 01/06/09 | Filed:  8/11/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

